Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Western District of Arkansas

Civil Division

|  | ) | Case No. _6:25 cv 6043-SOH_ |
| Darla Buchanan | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | Jury Trial: *(check one)* ☑Yes ☐No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
|  | ) | U.S. DISTRICT COURT |
|  | ) | WESTERN DISTRICT OF ARKANSAS |
| Parole Officer Zimmerman, & Arkansas community | ) | FILED |
| corrections dept., ET AL. | ) | MAY - 5 2025 |
| *Defendant(s)* | ) | Ronald E. Dowling, Clerk of Court |
| *(Write the full name of each defendant who is being sued. If the* | ) | By_____ |
| *names of all the defendants cannot fit in the space above, please* | ) | Deputy Clerk |
| *write "see attached" in the space and attach an additional page* | | |
| *with the full list of names. Do not include addresses here.)* | | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Darla Buchanan |
| Address | 22524 Hwy. 84 |

| | | |
|---|---|---|
| Malvern | Ar | 72104 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Hot Springs |
| Telephone Number | 501-229-4529 |
| E-Mail Address | mailto.buchanandarla231@gmail.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Parole Officer Zimmerman |
| Job or Title *(if known)* | Parole Officer for the dept. of community and corrections |
| Address | 127 w. page ave. |

| | | |
|---|---|---|
| Malvern | Ar | 72104 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Hot Springs |
| Telephone Number | 501-337-7973 |
| E-Mail Address *(if known)* | |

☐ Individual capacity     ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Arkansas community corrections dept. |
| Job or Title *(if known)* | |
| Address | 1302 Pike Ave., Suite B, |

| | | |
|---|---|---|
| North Little Rock, | AR | |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | PULASKI |
| Telephone Number | Telephone: (501) 682-9510 |
| E-Mail Address *(if known)* | |

☐ Individual capacity     ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

    Name

    Job or Title *(if known)*

    Address

|  | City | State | Zip Code |
|---|---|---|---|

    County

    Telephone Number

    E-Mail Address *(if known)*

    ☐ Individual capacity     ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

|  | City | State | Zip Code |
|---|---|---|---|

    County

    Telephone Number

    E-Mail Address *(if known)*

    ☐ Individual capacity     ☐ Official capacity

**II.**    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION (TO BE FREE OF CRUEL AND UNUSUAL PUNISHMENT)

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

8th amendment of the United States Constitution , " To be free of cruel and unusual punishment"

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The Defendant's are employed with the Dept. of community corrections. Ms. Zimmerman is my parole Officer. She misused her authority in her actions that violated my Constitutional rights as set forth by the United States Constitution 8th amendment. The dept. of community corrections is a state agency under the color of law.

III.   **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?

At the Malvern community corrections Office. (127 W. Page Ave., Malvern, Ar. 72104. At the Office, of Parole Officer Zimmerman.

B.     What date and approximate time did the events giving rise to your claim(s) occur?

Multiple times over the past few months (see attached and enclosed appointment slips for exact dates). This is an ongoing issue that effects the Plaintiff to this date. Thus, the request for a preliminary injunction.

C.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was diagnosed with Shy Bladder Syndrome (Paruresis) Shy bladder syndrome (paruresis) is a social anxiety disorder that makes it difficult or impossible to urinate (pee) in public restrooms or with people nearby. People with shy bladder avoid using toilets that aren' t in their homes. Untreated, this condition can lead to urinary problems and difficulties with work and relationships. Therapy can help. Care at Cleveland Clinic Mental Health Care Make an Appointment Contents Overview Symptoms and Causes Diagnosis and Tests Management and Treatment Prevention Outlook / Prognosis Living With Overview What is shy bladder syndrome? Shy bladder syndrome (paruresis) is a type of social anxiety disorder. People who have this disorder are unable to or have severe difficulty urinating (peeing) when they' re away from home. No matter how urgently they have to go, they have a lot of trouble peeing in a bathroom that isn' t their own. Healthcare providers also call this disorder: Advertisement   Cleveland Clinic is a non-profit academic medical center. Advertising on our site helps support our mission. We do not endorse non-Cleveland Clinic products or services. Policy  Avoidant paruresis. Bashful bladder

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

IV.    **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive.
The sustained injuries consist of being tortured regarding the inability to urinate in front of Officer Zimmerman.
P.T.S.D. , nervous breakdown, increased anxiety, and nightmares over this very matter. The Plaintiff has an
appointment to see a specialist (urologist) to determine if there is any treatment or cure for the ailment. The
Plaintiff now sees a mental health professional concerning this issue and subject matter due to the Officer
Zimmerman's cruelty, unchecked rage, threats, and verbal assaults. Thus, the immediate and emergency need
for a preliminary injunction. As this matter will effect and determine Plaintiff's future and subject to incarceration.

V.    **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged.  Explain the basis for these claims.
 The damage that toils the Plaintiff's mental, physical, emotional, and spiritual dynamics that can not be excused.
I am asking for $150,000.00 in damages and punitive damages of $100,000.00, totaling $250,000.00 in claims
for the torture and indecent actions forced upon Plaintiff which are currently undergoing , once abated per the
mechanisms of this high and Honorable Court, the Plaintiff Prays for relief in the form of a preliminary injunction
preventing any more cruel and unusual punishment. Yet to swab or blood sample the Plaintiff would satisfy the
need to determine whether or not the Plaintiff is complying with the conditions of parole.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case−related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        05-02-2025

Signature of Plaintiff        _Darla Buchanan_

Printed Name of Plaintiff    Darla Buchanan

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

| | City | State | Zip Code |
|---|---|---|---|

Telephone Number    _____

E-mail Address    _____

Judge Isaac C. Parker Federal Building
30 South 6th Street
Room 1038
Fort Smith, Arkansas
72901-2437


To the Honorable Federal Court:

    Please allow me to submit at a later date a legal memorandum and exhibits (such as but not limited to medical documentation, etc.).

    Thank you for your assistance and cooperation in this pending legal matter.

Respectfully,

Darla Buchanan

Date: 05-02-2025
Phone # 501-229-4529
22524 hwy 64
Malvern, Ar. 72104
Email:  buchanandarla231@gmail.com

**ARKANSAS**
DEPARTMENT OF COMMUNITY CORRECTION

☐ **PAROLE SERVICES**

☐ **ADULT PROBATION SERVICES**

YOUR NEXT APPOINTMENT IS

4/21 @10am

IF UNABLE TO REPORT.

CONTACT:
☐ State Parole Officer
☐ State Probation Officer

Telephone:

DCC-FIELD-013

ACI - 7921

---



*(select: court ordered payment)*

*Your Next Appointment with **Agent Zimmerman***

Date: 4/24

Time: 10am

You currently owe $ 35.⁰⁰ in Supervision Fees.
**Payment is due before the 10th of each month.** You
may make a payment online at www.correctpay.com
or over the phone 1-855-836-3364 (select jail: AR
DOC Supervision Payment)

Your PID # is 0354901

127 W. Page Ave.
Malvern, AR 72104
Office 501-337-7973
Fax 501-267-6502
Monday-Friday 7am to 6pm
**_Failure to report in person to this meeting and failure to pay
your supervision fees could result in a violation/sanction of
your probation/parole._**



*(select: court ordered payment)*

ur Next Appointment with **_Agent Zimmerman_**

Date: 4/15

Time: 1pm

currently owe $ 35.00 in Supervision Fees.
**nent is due before the 10th of each month.** You
make a payment online at www.correctpay.com
over the phone 1-855-836-3364 (select Jail: AR
DOC Supervision Payment)

Your PID # is 0354901

127 W. Page Ave.
Malvern, AR 72104
Office 501-337-7973
Fax 501-267-6502
Monday-Friday 7am to 6pm

**_e to report in person to this meeting and failure to pay_**
**_supervision fees could result in a violation/sanction of_**
**_your probation/parole._**



*(select: court ordered payment)*

Your Next Appointment with **_Agent Zimmerman_**

Date: 5/8

Time: 2pm

You currently owe $_____ in Supervision Fees.
**Payment is due before the 10th of each month.** You
may make a payment online at www.correctpay.com
or over the phone 1-855-836-3364 (select Jail: AR
DOC Supervision Payment)

Your PID # is ~~0354901~~

127 W. Page Ave.
Malvern, AR 72104
Office 501-337-7973
Fax 501-267-6502
Monday-Friday 7am to 6pm

**_Failure to report in person to this meeting and failure to pay_**
**_your supervision fees could result in a violation/sanction of_**
**_your probation/parole._**

# Darla Buchanan

Alternate Names: Darla Buchanan , Darla Buchanan , Darla Buchanan , Darla Buchanan

**Primary Home Address:**

22524 Highway 84 Malvern AR 72104 US

**Primary Home** tel:+1(501)229-4529

**Mobile Contact** tel:+1(501)229-4529

mailto:buchanandarla231@gmail.com

**Date Of Birth:** Jul 26, 1973

**Age:** 51 years 8 months

**Marital Status:** Divorced

**Sex:** Unknown

**Language:** English

**Religious Affiliation:** N/A

**Ethnicity:** Not Hispanic or Latino

**Race:** White

**Patient Identifiers:**

OID: 2.16.840.1.113883.4.317:

SPADAR0001

## ALLERGIES

| Date Identified | Type | Cause | Reaction | Severity | Status | Code System | Code | Last Modified Date |
|---|---|---|---|---|---|---|---|---|
| 05/06/2021 | Allergy to substance | Sulfa (Sulfonamide Antibiotics) | Foot itching | Low | Active | | | 05/06/2021 |

## ASSESSMENT

- F40.10 Paruresis
- R39.11 Hesitancy of micturition
- F41.1 Generalized anxiety disorder
- Z65.3 Problems related to other legal circumstances

## CARE TEAM

- 
  **Chelsie Snider LPN**
  Organization: Healthy Connections, Inc. - Malvern
  OID: 2.16.840.1.113883.4.2: 710807744
  **Address:**
  **Work Place,ORG Address:**
  900 Martin Luther King Blvd Ste 200 Malvern AR 72104-5231 US
  **Work Place,ORG** tel:+1(501)229-1487
  **Work Place,ORG** fax:+1(866)573-0761

- 
  **Brandi Webb APRN**
  Organization: Healthy Connections, Inc. - Malvern
  OID: 2.16.840.1.113883.4.2: 710807744
  **Work Place Address:**
  1409 S Rock Street STE D Sheridan AR 72150-7180 US
  **Work Place,ORG Address:**
  900 Martin Luther King Blvd Ste 200 Malvern AR 72104-5231 US
  **Work Place** tel:+1(888)710-8220
  **Work Place,ORG** tel:+1(501)229-1487
  **Work Place,ORG** fax:+1(866)573-0761

## CONSULTATION

- Doctor Note:
  Buchanan, Darla 07/26/1973
  Provider Note
  Visit Date: Mon, Apr 21, 2025 1:26 pm
  Provider: Webb, Brandi, APRN (Supervisor: Tilley, Absalom, MD; Assistant: Snider, Chelsie, LPN)
  Location: Healthy Connections, Inc. - Malvern

  *Electronically signed by Brandi Webb, APRN on 04/21/2025 02:11:56 PM*
  Electronically signed by Webb, Brandi, APRN on 04/21/25 2:11:57 pm
  Subjective:

  CC: This is a scheduled visit for urinary hesitancy. Outside Care since last visit She has not seen another medical provider since her last office visit here. Pre-visit planning did occur for this visit. RECOMMENDED HEALTH MEASURES DUE INCLUDE: No health measures are indicated at this time.

  HPI:
  Hesitancy of micturition Â
  Patient presents with a diagnosis of hesitancy of micturition. It began 5 months ago. It is of moderate intensity. She estimates that the frequency of this symptom is several times a week. Nothing relieves the symptoms. There are no associated symptoms.
  Parauresis Â
  Patient presents with a diagnosis of social phobia, unspecified. It began more than 5 years ago. It is of severe intensity. Nothing relieves the symptoms. Associated symptoms include anxiety.
  ROS:
  CONSTITUTIONAL: Negative for chills, fatigue, fever, muscle aches, unintentional weight gain and unintentional weight loss.
  CARDIOVASCULAR: Positive for Essential HTN. Negative for chest pain or pedal edema.
  RESPIRATORY: Negative for recent cough and dyspnea.
  GASTROINTESTINAL: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
  GENITOURINARY: Positive for urinary hesitancy.
  MUSCULOSKELETAL: Negative for arthralgias and myalgias.
  INTEGUMENTARY/BREAST: Negative for jaundice and rash.
  PSYCHIATRIC: Positive for anxiety and paruresis.

  Past Medical History / Family History / Social History:

  Last Reviewed on 4/21/2025 02:03 PM by Snider, Chelsie
  Past Medical History:
  Assigned sex at birth: Female. Gender identity: Female. Sexual orientation: Unknown.

Current: 4/21/2025 1:32:44 PM Ht: 5 ft, 5 in; Wt: 150.2 lbs; BMI: 25.0T: 97.3 F (temporal); BP: 120/85 mm Hg (left arm, sitting); P: 67 bpm (finger clip, sitting); sCr: 1.15 mg/dL; GFR: 58.00O2 Sat: 97 %

Exams:

GENERAL: well developed, well nourished, in no apparent distress
RESPIRATORY: normal respiratory rate and pattern with no distress; normal breath sounds with no rales, rhonchi, wheezes or rubs;
CARDIOVASCULAR: normal rate and rhythm without murmurs; normal S1 and S2 heart sounds with no S3, S4, rubs, or clicks;;
GENITOURINARY: bladder: normal; no CVA tenderness.
MUSCULOSKELETAL: normal gait; full, painless range of motion of all major muscle groups and joints
SKIN: no ulcerations, lesions or rashes
PSYCHIATRIC: mental status: alert and oriented x 3; appropriate affect and demeanor;

Lab/Test Results:

Performed by: Csnider (04/21/2025),
TEMP: 96 (04/21/2025),
Oxident: Neg (04/21/2025),
Specific Gravity, urine: 1.020 (04/21/2025),
pH, urine: 7.0 (04/21/2025),
Propoxyphene: NEGATIVE (04/21/2025),
MARIJUANA: NEGATIVE (04/21/2025),
BUPRENORPHINE: NEGATIVE (04/21/2025),
TRICYCLIC ANTIDEPRESSANTS: NEGATIVE (04/21/2025),
BARBITURATES: NEGATIVE (04/21/2025),
BENZODIAZEPINES: NEGATIVE (04/21/2025),
METHADONE: NEGATIVE (04/21/2025),
AMPHETAMINE: NEGATIVE (04/21/2025),
MORPHINE: NEGATIVE (04/21/2025),
OXYCODONE: NEGATIVE (04/21/2025),
ECSTASY: NEGATIVE (04/21/2025),
COCAINE: NEGATIVE (04/21/2025),
PHENCYCLIDINE: NEGATIVE (04/21/2025),
METHAMPHETAMINE: NEGATIVE (04/21/2025),
Color: YELLOW (04/21/2025),
Appearance: CLEAR (04/21/2025),
Glucose, Urine: NEGATIVE (04/21/2025),
Bilirubin, urine: NEGATIVE (04/21/2025),
Ketones, Urine Strip: NEGATIVE (04/21/2025),
RBC, urine: NEGATIVE (04/21/2025),

Protein Urine QL: NEGATIVE (04/21/2025),
Nitrite, Urine: NEGATIVE (04/21/2025),
Leukoctyes, urine: NEGATIVE (04/21/2025),
Urobilinogen, urine: 0.2 (04/21/2025),


Assessment:

F40.10  Parauresis 
 DDx:
R39.11  Hesitancy of micturition 
 DDx:
F41.1  Generalized anxiety disorder 
 DDx:
Z65.3  Problems related to other legal circumstances 
 DDx:

ORDERS:

Radiology/Test Orders:
   3074F  Most recent systolic blood pressure < 130 mm Hg (DM) (HTN)  (In-House) 
 
   3079F  Most recent diastolic blood pressure 80-89 mm Hg (HTN)1 (DM)4  (In-House)
  

Lab Orders:
   81003  MG UA, auto, w/o micro  (In-House)   
   80305  In office UDS  (In-House)   

Procedures Ordered:

Other Orders:
  G8448  Patient encounter documented using a qualified (non-CCHIT) certified EHR 
(Send-Out)   


Plan:

Parauresis"shy bladder"

MEDICATIONS: (no change to current medication regimen)
RECOMMENDATIONS given include: avoidance of caffeine, avoid stressful situations,
Encourage proper sleep habits, regulate breathing, and stress reduction. Patient encounter
documented using a qualified (non-CCHIT) certified EHR

FOLLOW-UP: Schedule a follow-up appointment in 1 week.

Â  Orders:
Â  Â  G8448 Â  Patient encounter documented using a qualified (non-CCHIT) certified EHR Â  (Send-Out) Â  Â  Â

Hesitancy of micturition
LABORATORY: Labs ordered to be performed today include In House Labs urinalysis.

Â  Orders:
Â  Â  81003 Â  MG UA, auto, w/o micro Â  (In-House) Â  Â  Â

Generalized anxiety disorderWants to follow-up in 1 week with T. Tate, APRN to discuss her current medications. Specifically, Citalopram.

MEDICATIONS: (no change to current medication regimen)
RECOMMENDATIONS given include: avoidance of caffeine and stress reduction.
FOLLOW-UP: Schedule a follow-up appointment in 1 week.

Problems related to other legal circumstances
LABORATORY: Labs ordered to be performed today include In House Labs Urine Drug Screen (IN HOUSE).

Â  Orders:
Â  Â  80305 Â  In office UDS Â  (In-House) Â  Â  Â

Other Orders
Â  Â  3074F Â  Most recent systolic blood pressure < 130 mm Hg (DM) (HTN) Â  (In-House) Â  Â  Â
Â  Â  3079F Â  Most recent diastolic blood pressure 80-89 mm Hg (HTN)1 (DM)4 Â  (In-House) Â  Â  Â

Patient Recommendations:

For Parauresis:
Try to avoid or reduce the amount of caffeine intake. Try stress reduction methods to reduce the frequency or lessen the severity of anxiety episodes. Schedule a follow-up visit in 1 week.

For Generalized anxiety disorder:
Try to avoid or reduce the amount of caffeine intake. Try stress reduction methods to reduce the frequency or lessen the severity of anxiety episodes. Schedule a follow-up visit in 1 week.

Charge Capture:

## CONTRIBUTORS

### Author(s)

- **Brandi Webb APRN**

  United States National Provider Identifier: 1699599738

  **Work Place Address:**

  1409 S Rock Street STE D Sheridan AR 72150-7180 US

  **Work Place** tel:+1(888)710-8220

  Date: 20250421000000-0500

- Organization: *Healthy Connections, Inc. - Malvern*

  OID: 2.16.840.1.113883.4.2: 710807744

  **Work Place Address:**

  900 Martin Luther King Blvd Ste 200 Malvern AR 72104-5231 US

  **Work Place,ORG Address:**

  900 Martin Luther King Blvd Ste 200 Malvern AR 72104-5231 US

  **Work Place** tel:+1(501)229-1487

  **Work Place,ORG** tel:+1(501)229-1487

  Authoring Device : CGM eMDs;DocumentBuilder:2.7.3.5:2641
  Date: 20250421000000-0500

### Legal Authenticator

- **Tamara Rae Tate N.P.**

  **Work Place Address:**

  301 Professional Park Dr Suite B Arkadelphia AR 71923-5317 US

  **Work Place** tel:+1(870)403-0299

  signed 20250421141203

### Informants

### Information Recipients

### Custodian

- 

  Organization: Healthy Connections, Inc. - Malvern

  United States National Provider Identifier: 1003282070

  **Work Place Address:**

  900 Martin Luther King Blvd Ste 200 Malvern AR 72104-5231 US

  **Work Place** tel:+1(501)229-1487

**Referring Provider(s)**

- **Brandi Webb APRN**
  United States National Provider Identifier: 1699599738

  **Work Place Address:**
  1409 S Rock Street STE D Sheridan AR 72150-7180 US

  **Work Place** tel:+1(888)710-8220

  Date: 20250421000000-0500

- Organization: Healthy Connections, Inc. - Malvern
  OID: 2.16.840.1.113883.4.2: 710807744

  **Work Place Address:**
  900 Martin Luther King Blvd Ste 200 Malvern AR 72104-5231 US

  **Work Place,ORG Address:**
  900 Martin Luther King Blvd Ste 200 Malvern AR 72104-5231 US

  **Work Place** tel:+1(501)229-1487

  **Work Place,ORG** tel:+1(501)229-1487

  Authoring Device : CGM eMDs;DocumentBuilder:2.7.3.5:2641
  Date: 20250421000000-0500

**Office Contacts**

-
  Organization: Healthy Connections, Inc. - Malvern
  OID: 2.16.840.1.113883.4.2: 710807744

  **Work Place,ORG Address:**
  900 Martin Luther King Blvd Ste 200 Malvern AR 72104-5231 US

  **Work Place,ORG** tel:+1(501)229-1487

  **Work Place,ORG** fax:+1(866)573-0761

---

## DATES

---

- **From Apr 21, 2025**
  Location:
  Responsible Party:
  **Brandi Webb APRN**
  **No contact information found.**

## ENCOUNTER DIAGNOSIS

- Hesitancy of micturition
  Patient presents with a diagnosis of hesitancy of micturition. It began 5 months ago. It is of moderate intensity. She estimates that the frequency of this symptom is several times a week. Nothing relieves the symptoms. There are no associated symptoms.

- Parauresis
  Patient presents with a diagnosis of social phobia, unspecified. It began more than 5 years ago. It is of severe intensity. Nothing relieves the symptoms. Associated symptoms include anxiety.

## FUNCTIONAL STATUS

- At her current level of functioning, she can bathe, control her bladder, control her bowel function, dress herself, feed herself, converse in a meaningful manner, recognize familiar faces, find her way home, remember her name, remember where she lives and remember the date.

## GOALS

No Goals listed.

## HEALTH CONCERNS

No Health Concerns listed.

## HEALTH STATUS EVALUATIONS/OUTCOMES

No Evaluations/Outcomes listed.

## INTERVENTIONS

No Interventions listed.

## LAB TEST & RESULTS

| Date Performed | Test | Result | Status |
|---|---|---|---|
| 04/21/2025 | UDS: COCAINE | NEGATIVE | UNK |
| 04/21/2025 | URINALYSIS, ROUTINE: Leukocytes, urine | NEGATIVE | UNK |
| 04/21/2025 | URINALYSIS, ROUTINE: pH, urine | 7.0 | UNK |
| 04/21/2025 | URINALYSIS, ROUTINE: Bilirubin, Urine | NEGATIVE | UNK |
| 04/21/2025 | UDS: BUPRENORPHINE | NEGATIVE | UNK |
| 04/21/2025 | URINALYSIS, ROUTINE: Ketones, Urine Strip | NEGATIVE | UNK |
| 04/21/2025 | UDS: MARIJUANA | NEGATIVE | UNK |
| 04/21/2025 | UDS: ECSTASY | NEGATIVE | UNK |
| 04/21/2025 | URINALYSIS, ROUTINE: RBC, urine | NEGATIVE | UNK |
| 04/21/2025 | URINALYSIS, ROUTINE: Urobilinogen, urine (qualitative) | 0.2 | UNK |
| 04/21/2025 | UDS: OXYCODONE | NEGATIVE | UNK |
| 04/21/2025 | UDS: METHAMPHETAMINE | NEGATIVE | UNK |
| 04/21/2025 | URINALYSIS, ROUTINE: Specific Gravity, urine | 1.020 | UNK |
| 04/21/2025 | CULTURE, URINE, ROUTINE: Nitrite, Urine | NEGATIVE | UNK |
| 04/21/2025 | UDS: Amphetamine | NEGATIVE | UNK |
| 04/21/2025 | UDS: Propoxyphene | NEGATIVE | UNK |
| 04/21/2025 | UDS: METHADONE | NEGATIVE | UNK |
| 04/21/2025 | UDS: BENZODIAZEPINES | NEGATIVE | UNK |
| 04/21/2025 | URINALYSIS, ROUTINE: Protein Urine QL | NEGATIVE | UNK |
| 04/21/2025 | EXTRA LAVENDER-TOP TUBE: BARBITURATES | NEGATIVE | UNK |

| Date Performed | Test | Result | Status |
|---|---|---|---|
| 04/21/2025 | URINALYSIS, ROUTINE: APPEARANCE | CLEAR | UNK |
| 04/21/2025 | URINALYSIS, ROUTINE: Glucose, Urine | NEGATIVE | UNK |

## MEDICATIONS

| Brand | Strength | Dose/Route/ Frequency | RxNorm Code | Date Started | Date Discontinued | Status | Le M D |
|---|---|---|---|---|---|---|---|
| iron | 325 mg (65 mg iron) oral tablet | take 1 tablet (325 mg) by oral route once daily | 310325 | 12/14/2023 | | Current | |
| Pataday Once Daily Relief | 0.2 % ophthalmic (eye) Drops | instill 1 drop into affected eye(s) by ophthalmic route once daily | 1111345 | 01/31/2024 | | Current | |
| potassium chloride | 10 mEq oral Tablet, Extended Release Particles/ Crystals | take 1 tablet (10 meq) by oral route once daily for 2 weeks | 1801298 | 05/02/2024 | | Current | |
| meloxicam | 15 mg oral tablet | Take 1 tablet by mouth once daily - NEEDS APT BEFORE NEXT REFILL | 152695 | 12/14/2023 | | Current | |
| estradioL | 1 mg oral tablet | Take 1 tablet by mouth once daily | 197658 | 11/18/2022 | | Current | |
| citalopram | 20 mg oral tablet | TAKE 1 & 1/2 (ONE & ONE-HALF) TABLETS BY MOUTH ONCE DAILY | 200371 | 12/14/2023 | | Current | |
| methocarbamoL | 500 mg oral tablet | TAKE 1 TABLET BY MOUTH THREE TIMES | 197943 | 10/18/2023 | | Current | |

| Brand | Strength | Dose/Route/ Frequency | RxNorm Code | Date Started | Date Discontinued | Status | L M D |
|-------|----------|----------------------|-------------|--------------|-------------------|--------|-------|
| | | DAILY . APPOINTMENT REQUIRED FOR FUTURE REFILLS | | | | | |
| metoprolol succinate | 25 mg oral Tablet, Extended Release 24 hr | Take 1 tablet by mouth once daily | 866427 | 12/14/2023 | | Current | |

## MENTAL STATUS

- Acute Stress Disorder

## PARTICIPANTS

- **Diana Venzon-Needham**

  **Address:**

  **Emergency Contact** tel:+1(501)304-4241

- **Darla Buchanan**

  **Primary Home Address:**

  22524 Highway 84 Malvern AR 72104 US

  **Primary Home** tel:+1(501)229-4529

  **Mobile Contact** tel:+1(501)229-4529

  mailto:buchanandarla231@gmail.com

## PLAN OF TREATMENT

- Parauresis
  "shy bladder"
  MEDICATIONS: (no change to current medication regimen) RECOMMENDATIONS given include: avoidance of caffeine, avoid stressful situations, Encourage proper sleep habits, regulate breathing, and stress reduction. Patient encounter documented using a qualified (non-CCHIT) certified EHR FOLLOW-UP: Schedule a follow-up appointment in 1 week.
  - Orders: :
    99214 - Established patient outpatient visit, Moderate MDM and/or 30-39 minutes
    G8448 - Patient encounter documented using a qualified (non-CCHIT) certified EHR

- Hesitancy of micturition
  LABORATORY: Labs ordered to be performed today include In House Labs urinalysis.
  - Orders: :
    81003 - MG UA, auto, w/o micro

- Generalized anxiety disorder
  Wants to follow-up in 1 week with T. Tate, APRN to discuss her current medications. Specifically, Citalopram.
  MEDICATIONS: (no change to current medication regimen) RECOMMENDATIONS given include: avoidance of caffeine and stress reduction. FOLLOW-UP: Schedule a follow-up appointment in 1 week.

- Problems related to other legal circumstances
  LABORATORY: Labs ordered to be performed today include In House Labs Urine Drug Screen (IN HOUSE).
  - Orders: :
    80305 - In office UDS

- Other Orders: :
  3074F - Most recent systolic blood pressure < 130 mm Hg (DM) (HTN)
  3079F - Most recent diastolic blood pressure 80-89 mm Hg (HTN)1 (DM)4

## PROBLEMS

| SNOMED | Problem | Status | Date Discovered | Last Modified Date |
|---|---|---|---|---|
| | Generalized anxiety disorder | Active | 01/30/2023 | 04/21/2025 |
| | Problems related to other legal circumstances | Active | 04/21/2025 | 04/21/2025 |
| | Parauresis | Active | 04/21/2025 | 04/21/2025 |
| | Hesitancy of micturition | Active | 04/21/2025 | 04/21/2025 |
| | Encounter for issue of repeat prescription | Active | 05/17/2024 | 05/17/2024 |
| | Hypokalemia | Active | 05/02/2024 | 05/02/2024 |
| | Exercise counseling | Active | 04/24/2024 | 04/24/2024 |
| | Dietary counseling and surveillance | Active | 04/24/2024 | 04/24/2024 |
| | Other iron deficiency anemias | Active | 12/14/2023 | 04/24/2024 |
| | Essential (primary) hypertension | Active | 12/14/2023 | 04/24/2024 |
| | Vitamin D deficiency, unspecified | Active | 12/14/2023 | 12/18/2023 |
| | Post-traumatic stress disorder, unspecified | Active | 01/30/2023 | 01/30/2023 |
| | Insomnia due to other mental disorder | Active | 01/30/2023 | 01/30/2023 |
| | Acquired absence of both cervix and uterus | Active | 05/20/2021 | 05/20/2021 |

4/23/2025, 3:23 PM

## PROCEDURES

| Code System | Code | Description | Date Ordered | Status |
|---|---|---|---|---|
| CPT | 3074F | Most recent systolic blood pressure < 130 mm Hg (DM) (HTN) | 04/21/2025 | completed |
| CPT | 3079F | Most recent diastolic blood pressure 80-89 mm Hg (HTN)1 (DM)4 | 04/21/2025 | completed |

## REFERRALS

No referral reasons listed.

## SOCIAL HISTORY

Birth Sex: Female

## VITAL SIGNS

| Date | PulseOx | Height | Weight | BMI | Temp | Respiration | Heart Rate | Blood Pressure | |
|---|---|---|---|---|---|---|---|---|---|
| 04/21/2025 | 97% | 165.1cm | 68.13kg | 25kg/m2 | 36.28Cel | | 67/min | 120/85mm[Hg] | |

### Document
Created: Apr 21, 2025 | Confidentiality: Normal | | | Title: Clinical Summary

*Retail*

  

72901

U.S. POSTAGE PAID
FCM LG ENV
HOT SPRINGS NATIONAL
PARK, AR 71901
MAY 02, 2025
**$2.87**
S2324N502390-12

**RDC 99**

Darla Buchanan
22524 Hwy. 64
Malvern, Ar. 72104

Judge Isaac C., Parker building
30 South 6th St.
Rm 1038
Fort Smith, Arkansas
72901-2437

LEGAL MAIL