IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DARLA BUCHANAN                                                                          PLAINTIFF

v.                                    Case No. 6:25-cv-6043

PAROLE OFFICER ZIMMERMAN
(Department of Community Corrections) and
ARKANSAS COMMUNITY CORRECTIONS
DEPARTMENT                                                                              DEFENDANTS

### ORDER

Before the Court is the Report and Recommendation filed June 10, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 4. Judge Ford recommends that this case be dismissed without prejudice for failure to comply with the Court's Local Rules and orders and for failure to prosecute this case.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 4) *in toto*. Accordingly, the Court finds that this case should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 1st day of July, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge